UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BRANDON CARDELL COMAN, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> VS. ) <br> ) <br> ) <br> JACKSON POLICE DEPARTMENT, ) <br> ET AL., ) <br> ) <br> Defendants. ) <br> ) | No. 20-1037-JDT-cgc |

ORDER DISMISSING CASE,
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH
AND NOTIFYING PLAINTIFF OF APPELLATE FILING FEE

On August 20, 2020, the Court issued an order dismissing Plaintiff Brandon Cardell Coman, Jr.'s *pro se* complaint and granting leave to file an amended complaint. (ECF No. 10.) Coman was warned that if he failed to file an amended complaint within twenty-one days, the Court would dismiss the case, assess a strike pursuant to 28 U.S.C. § 1915(g), and enter judgment. (*Id.* at PageID 37.)

Coman has not filed an amended complaint, and the time within which to do so has expired. Therefore, this case is DISMISSED with prejudice in its entirety, and judgment will be entered in accordance with the August 20, 2020, order dismissing the original complaint for failure to state a claim on which relief may be granted. Coman is assessed

his first strike under § 1915(g).  This strike shall take effect when judgment is entered.  *See Coleman v. Tollefson*, 135 S. Ct. 1759, 1763-64 (2015).

It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Coman would not be taken in good faith. If Coman nevertheless files a notice of appeal and wishes to pay the $505 appellate filing fee using the installment procedures of the Prison Litigation Reform Act, 28 U.S.C. §§ 1915(a)-(b), he also must submit a new *in forma pauperis* affidavit and a current copy of his inmate trust account statement for the last six months.

The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

                                                               s/ **James D. Todd**
                                                               JAMES D. TODD
                                                               UNITED STATES DISTRICT JUDGE